# United States Court of Appeals
### For the Eighth Circuit

_____

No. 15-1661

_____

Redeemed Christian Church of God Jesus House For All Nations

*Petitioner - Appellant*

v.

Citizenship and Immigration Services

*Respondent - Appellee*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted:  December 21, 2015
Filed: December 28, 2015
[Unpublished]

_____

Before GRUENDER, BENTON, and KELLY, Circuit Judges.

_____

PER CURIAM.

   The Redeemed Christian Church of God Jesus House for All Nations (RCCG)
appeals the district court's[1] adverse grant of summary judgment in its action under the

_____

[1]The Honorable Stephen N. Limbaugh, Jr., United States District Judge for the
Eastern District of Missouri.

Administrative Procedure Act seeking review of a decision by the Citizenship and Immigration Services (CIS) relating to the classification of an individual as a special immigrant religious worker. Upon de novo review of the record and careful consideration of RCCG's arguments for reversal, we agree with the district court that the record did not show that the decision at issue was arbitrary, capricious, an abuse of discretion, or otherwise not in compliance with the law, or that CIS's factual findings were not supported by substantial evidence. See Kindred Hosps. E., LLC v. Sebelius, 694 F.3d 924, 927-28 (8th Cir. 2012) (standard of review); see also Sugule v. Frazier, 639 F.3d 406, 411 (8th Cir. 2011) (arbitrary-and-capricious standard is narrow and reflects deference for agency's expertise in its respective field). The judgment of the district court is affirmed. See 8th Cir. R. 47B.

_____